UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BROOKFIELD CONDOMINIUM ASSOCIATION,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>COUNTRY CASUALTY INSURANCE CO ET AL,<br><br>　　　　　　　Defendants. | CASE NO. 2:24-cv-1876<br><br>ORDER GRANTING STAY |

　　　This matter is before the Court on the Parties' Stipulation and Motion to Stay Action. Dkt. No. 11. Having considered the Parties' stipulation, the Court GRANTS the motion to stay.

　　　This action is accordingly STAYED through June 6, 2025. Pursuant to the Parties' stipulation, the Court SETS the following deadlines for initial disclosures and submission of the Joint Status Report and Discovery Plan:

| | |
|---|---|
| Deadline to Amend Pleadings: | June 27, 2025 |
| Deadline for Initial Disclosures Pursuant to FRCP 26(a)(1): | June 27, 2025 |

ORDER GRANTING STAY - 1

Combined Joint Status Report and
Discovery Plan as Required by
FRCP 26(f) and Local Civil Rule 26(f):    July 4, 2025

Dated this 6th day of March 2025.

                                        _____
                                        Tana Lin
                                        United States District Judge